Robert J. Schoenberg
RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
1 Speedwell Avenue
Morristown, NJ 07962-1981
Tel: 973-538-0800
*Attorneys for Plaintiff*
*Katalyst Beverage Corporation*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| KATALYST BEVERAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>STARCO IMPEX, INC.,<br>d/b/a/ WHOLESALE OUTLET,<br>*a Texas corporation,*<br><br>USA Millennium GP, LLC,<br>*a Texas limited liability company,*<br><br>USA Millennium, LP,<br>*a Texas limited liability partnership,*<br><br>M. Tahir Javed,<br>*an individual residing in Texas,* and<br><br>Hillside Beverage Packing LLC,<br>*a New Jersey limited liability company,*<br><br>Defendants. | Case No. 2:2010-cv-5521 (JLL)(CCC)<br><br>Hon. Jose L. Linares, U.S.D.J.<br><br>**ORDER GRANTING APPLICATION TO DEPOSIT SUM OF MONEY WITH THE REGISTRY OF THE COURT** |

    The above-entitled cause having come before the Court by Plaintiff, Katalyst Beverage Corporation, upon its Application to Deposit Sum of Money with the Court, pursuant to Rule 67 of the Federal Rules of Civil Procedure and Local Civil Rule 67.1, and in lieu of the bond requirement set forth in the Order to Show Cause issued on November 18, 2010 (Dkt. # 8), and the Court having considered the application and noting the defendants' consent thereto, and for good cause shown;

IT IS on this 29 day of November 2010;

ORDERED that the Application to Deposit Sum of Money with the Court shall be, and is hereby, granted; it is further

ORDERED that such sum, to wit: $300,000 (Three Hundred Thousand Dollars), be deposited by the Clerk into the Registry of this Court and then, as soon as the business of his office allows, the Clerk shall deposit these funds into the interest-bearing Court Registry Investment System (C.R.I.S.) administered by the Clerk of the United States District Court for the Southern District of Texas as Custodian, pursuant to Local Civil Rule 67.1(a)(2); and it is further

ORDERED that sum of money so invested in the interest-bearing C.R.I.S. fund shall remain on deposit until further order of this Court at which time the funds, together with interest thereon, shall be retrieved by the Clerk and redeposited into the non-interest-bearing registry of the Court for disposition pursuant to the further order of the Court; and it is further

ORDERED that the Custodian deduct a miscellaneous schedule fee for the handling of registry funds, as authorized by the Judicial Conference of the United States and the Standing Order of this Court dated June 30, 1989, as amended November 30, 1990, of 10% of the income earned on this account and each subsequent deposit of new principal so deposited while invested in the C.R.I.S.; and it is further

ORDERED that a true copy of this Order shall be personally served upon the Clerk of this Court, the Chief Deputy Clerk or upon the Chief Financial Deputy Clerk.

_____
HON. JOSE L. LINARES
United States District Judge