```
 1                      UNITED STATES DISTRICT COURT
                           DISTRICT OF NEW JERSEY
 2
     KATALYST BEVERAGE              .
 3   CORPORATION,                   .
                                    .
 4          Plaintiff,               . Case No. 10-cv-05521
                                    .
 5   vs.                             . Newark, New Jersey
                                    . January 22, 2013
 6   STARCO IMPEX, INC., et al;,    .
                                    .
 7          Defendants.              .

 8

 9                        TRANSCRIPT OF HEARING
                           Settlement Conference
10               BEFORE THE HONORABLE CATHY L. WALDOR
                     UNITED STATES MAGISTRATE JUDGE
11

12   APPEARANCES:

13   For the Plaintiff:     PETER S. SLOANE, ESQ.
                            Leason Ellis LLP
14                          One Barker Avenue, Fifth Floor
                            White Plains, New York 10601-1526
15                          (914) 821-9073
                            Email: Sloane@LeasonEllis.com
16
                            Also present: Mr. Urban
17
     For the Defendants:    DAVID M. KOHANE, ESQ.
18                          Cole, Schotz, Meisel, Forman &
                            Leonard, PA
19                          Court Plaza North
                            25 Main Street
20                          Hackensack, NJ 07601-0005
                            (201) 489-3000
21                          Email: Dkohane@coleschotz.com

22                          JOHN WERNER, ESQ.
                            Reaud, Morgan & Quinn, L.L.P
23                          801 Laurel Street
                            Beaumont, Texas 77701
24                          (409) 838-1000

25                          Also present: Mr. Javed
```

```
 1
     For Markel                GEORGE B. HALL JR., ESQ.
 2   International             Phelps Dunbar
     Insurance Company:        700 Louisiana Street, Suite 2600
 3                             Houston, Texas 77002
                               (713) 626-1386
 4                             Email: Bart.hall@phelps.com

 5
     Audio Operator:
 6
     Transcription Service:    KING TRANSCRIPTION SERVICES
 7                             901 Route 23 South, Center Ste. 3
                               Pompton Plains, NJ 07444
 8                             (973) 237-6080

 9   Proceedings recorded by electronic sound recording; transcript
     produced by transcription service.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          (Commencement of proceedings at 5:49 P.M.)

2

3          THE COURT:  We're on the record in Katalyst
4  Beverage Corporation versus Starco Impex Inc.; USA Millennium
5  GP LLC; USA Millennium L.P.; M -- oh, you were named
6  individually, Mr. Javed; and Hillside Beverage Packing LLC;
7  Docket Number 10-5521.
8          We've spent several hours in an attempt to settle
9  this case.  And we've all come to an amicable settlement.  I
10 want to thank the attorneys and I especially want to thank
11 the litigants for their patience.  This is a case in which
12 the litigants, without the attorneys, did much of the
13 negotiation.
14         So would you like to put the settlement on the
15 record?  Mr. Kohane.
16         MR. KOHANE:  Yes, please, Your Honor.
17         David Kohane, Cole, Schotz, Meisel, Forman &
18 Leonard.  I represent all the defendants except for Hillside,
19 which is not present, but which I believe is going to be
20 granted a dismissal from the plaintiff's side.
21         MR. SLOANE:  That's correct.  Peter Sloane for
22 plaintiff Katalyst Beverage Corporation, Your Honor.  And we
23 will, in fact, grant a release for third-party defendant
24 Hillside Beverage.
25         MALE SPEAKER:  Not third party.

1        MR. SLOANE:  Oh.

2        THE COURT:  Not third party.

3        MALE SPEAKER:  Regular old defendant.

4        MR. SLOANE:  Defendant, but not -- not present

5   today, Your Honor.

6        THE COURT:  Correct.  And why don't we put the

7   appearances of the attorneys on?

8        MR. WERNER:  This is John Werner, Your Honor, from

9   Reaud Morgan & Quinn down in Beaumont, Texas, representing

10  Mr. Javed and the associated entities.

11       MR. HALL:  And George B. Hall Jr. of Phelps Dunbar

12  in Houston, Texas, representing Markel International

13  Insurance Company, one of Starco Impex's liability insurers.

14       THE COURT:  Thank you.  And Mr. Kohane.

15       MR. KOHANE:  So the terms of the agreement are as

16  follows.  First, the full and final mutual releases will be

17  exchanged between the plaintiffs in this case and the

18  defendants in this case, and that includes releases for the

19  pending Texas cases between those parties.

20       Are there any parties in the Texas cases who are

21  not also here?  Other than --

22       MR. SLOANE:  The distributor.

23       MR. KOHANE:  The dis- -- okay.  So the releases

24  will include a distributor -- a release for Katalyst,

25  Katalyst Distribution, which is Katalyst's current

1  distributor out of Texas, I believe; right?
2           MR. SLOANE:  That's correct.
3           MR. KOHANE:  Okay.  The -- there's a $300,000 cash
4  deposit currently in court.  It was posted in conjunction
5  with the temporary restraining order.  That sum will be
6  ordered to be distributed as follows: $235,000 will be paid
7  to Starco; and $65,000 and any accrued interest will be paid
8  to Katalyst.  The carrier Markel will pay $50,000 to
9  Katalyst.  Starco's coverage claims that are currently
10 pending in Texas against Markel are reserved.  That includes
11 any -- all claims for attorney's fees either currently owed
12 or to be owed to my firm.
13          (Simultaneous conversation)
14          MR. SLOANE:  And --
15          THE COURT:  Go ahead.
16          MR. SLOANE:  Your Honor, thank you, Peter Sloane,
17 again.
18          And to be clear, the -- the release in connection
19 with the Texas litigation between Starco and Katalyst
20 Beverage Corporation includes a release of the -- the appeal
21 filed by Starco as well as the award of attorneys' fees
22 granted to Starco in that Texas litigation.
23          THE COURT:  Okay.
24          MALE SPEAKER:  And a cross-appeal as well; right?
25 Doesn't Katalyst have a cross-appeal?

1          MR. SLOANE:  To the extent there's a cross-appeal,
2     it should also be dismissed.
3          THE COURT:  Thank you.
4          Anything else?  So Mr. Javed and Mr. Urban, are
5     these settlement terms come to voluntarily by both of you?
6          MR. JAVED and MR. URBAN:  Yes.
7          THE COURT:  And you've had full participation in
8     negotiating the settlement personally?
9          MR. JAVED and MR. URBAN:  Yes, Your Honor.
10         THE COURT:  You've had full discussion and
11    disclosure with your respective attorneys?
12         MALE SPEAKER:  Yes.
13         THE COURT:  Are you satisfied with their
14    representations of you?
15         MR. JAVED and MR. URBAN:  Yes.
16         THE COURT:  Are either of you under the influence
17    of drugs or alcohol that would prevent you from comprehending
18    the terms of the settlement?
19         MR. JAVED and MR. URBAN:  No.
20         THE COURT:  Okay.  I think that's about it.
21         MALE SPEAKER:  Do you want Mr. --
22         THE COURT:  Sixty days.  Do you want to --
23    Mr. Hall?
24         MR. HALL:  I think he wants me to say it's okay.
25         THE COURT:  Mr. Hall, you've assented to the terms

```
 1  of this settlement by your $50,000 contribution from the
 2  insurance company Markel; is that correct?
 3              MR. HALL:  That's correct.
 4              THE COURT:  Okay.  I guess that's about it.  Off
 5  the record.
 6              UNIDENTIFIED SPEAKERS:  Thank you, Your Honor.
 7               (Conclusion of proceedings at 5:54 P.M.)
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                       Certification
 2        I, SARA L. KERN, Transcriptionist, do hereby certify
 3   that the 8 pages contained herein constitute a full, true,
 4   and accurate transcript from the official electronic
 5   recording of the proceedings had in the above-entitled
 6   matter; that research was performed on the spelling of proper
 7   names and utilizing the information provided, but that in
 8   many cases the spellings were educated guesses; that the
 9   transcript was prepared by me or under my direction and was
10   done to the best of my skill and ability.
11         I further certify that I am in no way related to any of
12   the parties hereto nor am I in any way interested in the
13   outcome hereof.
14
15
16
17
18    s/ Sara L. Kern                          January 29, 2013
19    Signature of Approved Transcriber              Date
20
21
     Sara L. Kern, CET**D-338
22   King Transcription Services
     901 Route 23 South, Center Suite 3
23   Pompton Plains, NJ 07444
     (973) 237-6080
24
25
```